UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SIDNEY KILMARTIN, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | 1:14-cr-00129-JAW |
| | ) | 1:21-cv-00100-JAW |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed January 3, 2022 (ECF No. 331), the Court affirms the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

Accordingly, it is ORDERED that the Recommended Decision (ECF No. 331) of the Magistrate Judge be and hereby is AFFIRMED, and the Court DENIES Sidney Kilmartin's Motion Under 28 U.S.C. § 2255 to Vacate, Set

Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 309). The Court also DENIES the Petitioner's request for a hearing and appointment of counsel (ECF No. 312).

The Court DENIES a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

>          /s/ John A. Woodcock, Jr.
>          JOHN A. WOODCOCK, JR.
>          UNITED STATES DISTRICT JUDGE

Dated this 15th day of March, 2022